# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142489

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MARK EDWARD JUNKINS,
   Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142489
COA: 293105
Macomb CC: 2008-005124-FC

   On order of the Court, the application for leave to appeal the December 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

p0620